# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:  )
)
ASHLEY MARIE JOHNSON  )   Case No. 22-12328 - KHT
)
Debtor.  )   Chapter 7
)
)

## MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

COME NOW David Usery and Peggy Usery Heil ("Usery") and for this Motion for Extension of Time to Object to Discharge state as follows:

1. Ashley Marie Johnson ("Debtor") filed for relief under Chapter 7 of the U.S. Bankruptcy Code on June 29, 2022.

2. The Debtor is/was the one-third owner of Total Energy Solutions LLC ("Total Energy") which provided installation of solar panels. Total Energy ceased operations in July 2022.

3. Usery negotiated with the Debtor and Usery paid $35,000 to Total Energy for the purchase and installation of solar panels for their home in December 2021. The money paid by Usery represented a 50% deposit for the solar panels.

4. Other than permitting, no other work was done by Total Energy and no solar panels were ever installed. Usery was not refunded the balance of their deposit and to date there has been no explanation of where the money is that Usery paid.

5. At the Meeting of Creditors, the financial situation of the Debtor vis a vis Total Energy was unclear and there was no explanation of what the Debtor or Total Energy did with the deposit.

6. Debby Blouin on behalf of other similarly situated creditors obtained an Order under Bankruptcy Rule 2004 for examination and to obtain certain financial documents [Docket No 21]. There

are currently eight subpoenas outstanding to individuals, banks, and accountants to determine the financial affairs of the Debtor and Total Energy, and what became of the deposits.

7.      Subpoenas have been issued to: (1) Ashley Marie Johnson, (2) Pueblo Bank and Trust Company LLC, (3) Wells Fargo, (4) ENT Credit Union, (5) Edward Janezich, (6) Total Energy Solutions, LLC, (7) The Bauer Group, LLC, and (8) Wagner Law Office, P.C.  Most of the documents requested will not be received until mid-October.

8.      The deadline to object to discharge under Bankruptcy Rule 4004 for claims under 11 U.S.C. § 727 and under Bankruptcy Rule 4007 for claims under 11 U.S.C. § 523 is September 30, 2022. Usery and other similarly situated creditors will not have the documents and their analysis completed by the September 30, 2022 deadline, and thus an extension is requested.

9.      Usery requests a 60-day extension until November 29, 2022, in which to initiate an adversary proceeding regarding discharge under §§ 523 or 727 of the Bankruptcy Code.  This extension is necessary to evaluate the financial affairs of the Debtor and Total Energy and to make a determination as to whether grounds exist to object to discharge.

10.     Debtor's counsel was asked whether such a request is consensual, and no reply was received.

WHEREFORE David Usery and Peggy Usery Heil request this Court to grant this Motion and extend the dated to object to discharge under 11 U.S.C. § 523 or 11 U.S.C. § 727 to November 29, 2022, and for such other and further relief as is just and proper.

[Signature on the following page.]

| | |
|---|---|
| Dated: September 27, 2022. | Respectfully submitted,<br><br>**Buechler Law Office, L.L.C.**<br>/s/ *David M. Rich*<br>David M. Rich, #15211<br>999 18th Street, Suite 1230-S<br>Denver, CO 80202<br>Ph: (720) 381-0045<br>Fax: (720) 381-0382<br>Dave@KJBlawoffice.com<br><br>*Attorneys for David Usery and Peggy Usery Heil* |

3

## CERTIFICATE OF SERVICE

I certify that on September 27, 2022, a copy of this **MOTION FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE** was served by CM/ECF filing to those who have consented to receive electronic filings and by placing it in the United States mail, postage prepaid, addressed to the following:

<u>VIA CM/ECF</u>:
Todd Wagner, Esq.
Robertson B. Cohen, Trustee

<u>VIA US MAIL</u>:
Ashley Marie Johnson
110 Deer Path Ave.
Manitou Springs, CO 80829

<u>/s/ <i>David M. Rich</i></u>